Bergstresser v Bergstresser (2023 NY Slip Op 00521)

Bergstresser v Bergstresser

2023 NY Slip Op 00521

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ.

39 CA 22-00332

[*1]DOUGLAS A. BERGSTRESSER, PLAINTIFF-APPELLANT,
v
BEVERLY J. BERGSTRESSER, DEFENDANT-RESPONDENT. 

D.J. & J.A. CIRANDO, PLLC, SYRACUSE (JOHN A. CIRANDO OF COUNSEL), FOR PLAINTIFF-APPELLANT.
BEVERLY J. BERGSTRESSER, DEFENDANT-RESPONDENT PRO SE. 

 Appeal from an order of the Supreme Court, Yates County (Jason L. Cook, A.J.), entered October 22, 2021. The order granted in part the motion of defendant for post judgment relief. 
Now, upon reading and filing the stipulation of discontinuance signed by the defendant and by the attorney for the plaintiff on January 4, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court